IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL BORDE and
FOREST BOSTICK,

     Plaintiffs,

v.

                                    No. CIV 09-1185 WDS/GBW

BOARD OF COUNTY COMMISSIONERS
OF LUNA COUNTY, NEW MEXICO, and
JOHN SUTHERLAND, R. JAVIER DIAZ
and FRED WILLIAMS, in their individual
capacities,

     Defendants.

## JUDGMENT

      Pursuant to the Order granting Defendants' Motion to Dismiss Plaintiff's Complaint and denying Plaintiffs' Motion to Amend Complaint, which accompanies this judgment, judgment is entered dismissing Counts One, Two and Three of Plaintiffs' Complaint with prejudice and judgment is entered dismissing Count Five of Plaintiffs' Complaint without prejudice.

                                                _____
                                                 W. DANIEL SCHNEIDER
                                                 UNITED STATES MAGISTRATE JUDGE